UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LARRY S. HYMAN,
Chapter 7 Trustee of the Estate
of ORLANDO ABNER STONE,

    Plaintiff,

v.                                                CASE NO. 8:12-cv-1088-T-23TGW

BORACK & ASSOCIATES, P.A.,
et al.,

    Defendants.
_____/

## **ORDER**

    The former defendant Borack Law Group, P.A. ("BLG"), moves (Docs. 24 and 25) for fees and costs and for sanctions under Rule 11, Federal Rules of Civil Procedure. Magistrate Judge Thomas G. Wilson considered this matter pursuant to 28 U.S.C. § 636 and issued (Doc. 30) a thorough report recommending denial of the motion.

    The parties interject no objection. The report and recommendation (Doc. 30), which is factually and legally sound, is **ADOPTED**. Accordingly, BLG's motions (Docs. 24 and 25) are **DENIED**.

    ORDERED in Tampa, Florida, on January 4, 2013.

                                                  STEVEN D. MERRYDAY
                                                UNITED STATES DISTRICT JUDGE